**CIVIL CAUSE FOR CONFERENCE:** Oral Argument

Before JUDGE: __GLEESON__   DATE: __10/29/10__   TIME: __10:30AM-11:10AM__
Docket Number: __09CV1253__

TITLE: __Finkel v. Lite Tron Ltd., et al__

Courtroom Deputy: __Ilene Lee__   CR: __Victoria Butler__

APPEARANCES:

   FOR PLAINTIFF:   __Michael S. Adler, James Grisi__

   FOR PLAINTIFF:   _____

   FOR DEFENDANT:  __Joseph DeGiuseppe, JR.;__

   FOR DEFENDANT:  __Kevin P. Feerick__

__✓__ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.   ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

__✓__ __Defendant's__ MOTION ~~to~~ for __Summary Judgment [38]__.

BRIEFING SCHEDULE:
   Motion due: _____ Opposition/Response due: _____ Replies due: _____

__✓__ ORAL ARGUMENT/MOTION HEARING HELD   ___ Motion GRANTED   __✓__ Motion DENIED

___ DECISION RESERVED   ___ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

- The motion is denied by the Court, a separate order will be filed via ECF.
- Defense counsel both have a conflict of interest in this case and request to be relieved. Counsel Kevin Feerick is relieved on this case by the Court. At the defendant's request, counsel DeGiuseppe remains on the case and shall file his motion to be relieved as counsel by 11/10/10. The defendant is directed to seek new counsel by the next status conference date of 12/3/10 at 11:30AM.